UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ANTHONY & DARLA TOTIN |
| Plaintiff(s) |
| v. |
| THE BRINKMANN CORPORATION, ET AL. |
| Defendant(s) |

Civil Action No: 2:06-CV-1567

## STIPULATION TO AMEND CAPTION

Plaintiff, State Farm Fire & Casualty Company ("State Farm") and Defendant, The Brinkmann Corporation, by and through their respective counsel, hereby agree and stipulate to amend this case's caption, substituting the real party in interest, State Farm, as the only named plaintiff and removing Anthony and Darla Totin, individually, from the caption. The new caption shall read, "**State Farm Fire & Casualty Company a/s/o Anthony and Darla Totin v. The Brinkmann Corporation.**

ZIMMER KUNZ, P.L.L.C.　　　　　NELSON LEVINE de LUCA & HORST, LLC

BY: s/Joseph F. Butcher　　　　　BY: s/Raymond E. Mack
JOSEPH F. BUTCHER, ESQUIRE　　　RAYMOND E. MACK, ESQUIRE
PA 86464　　　　　　　　　　　　　PA91815
3300 U.S. Steel Tower　　　　　　Four Sentry Parkway, Suite 300
600 Grant Street　　　　　　　　　Blue Bell, PA 19422
Pittsburgh, PA 15219

ATTORNEYS FOR DEFENDANT,　　　　ATTORNEYS FOR PLAINTIFFS,
THE BRINKMANN CORP.　　　　　　　STATE FARM FIRE & CASUALTY
　　　　　　　　　　　　　　　　　A/S/O ANTHONY & DARLA TOTIN

Date: December 19, 2007　　　　　SO ORDERED, this 19th day of December, 2007.

_____
Gary L. Lancaster, U.S. District Judge