IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY & DARLA TOTIN, | : |
| Plaintiffs, | : |
| -vs- | : Civil Action No. 2:06-cv-01567-GLL |
| THE BRINKMANN CORPORATION, MORRONE COMPANY and QUALITY STORES, INC., d/b/a QUALITY FARM & FLEET, | : |
| Defendants | : |
| ROBERT SEAMAN, | : |
| Third-Party Defendant. | : |

## STIPULATION OF VOLUNTARY DISMISSAL AND DISCONTINUANCE

The Plaintiff, State Farm Fire & Casualty Company, as subrogee of Anthony & Dara Totin, and Defendant, The Brinkmann Corporation, hereby stipulate to the voluntary dismissal and discontinuance of Plaintiff's claims in this lawsuit with prejudice, and Defendant The Brinkmann Corporation's third-party complaint against Robert Seaman and any remaining crossclaims against any other party, with prejudice with all parties bearing their own costs, expenses, and fees. No claim of any type, including any crossclaim, was asserted by Third-Party Defendant, Robert Seaman.

/s/ Raymond Mack
Raymond Mack
Attorney for Plaintiff, State Farm
Fire & Casualty Company, as
Subrogeee of Anthony & Darla Totin

/s/ Joseph F. Butcher
Joseph F. Butcher
Attorney for Defendant, The Brinkmann Corporation

688485
0562.0001

## ORDER

AND NOW, this __22nd__ day of __Dec__, 2007, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

688485
0562.0001